1
 Rebeca Hinds v. Corrine Foreman No. 24SC698
Supreme Court of Colorado
November 18, 2024
 
 
          ACCEPTED
 C.A.R. 50 TRANSFER OF JURISDICTION
 
 
          As
 to the following issue:
 
 
          Whether
 a county court's grant of a special motion to dismiss
 under sections 13-4- 102.2, C.R.S. (2024) and 13-20-1101
 C.R.S. (2024) can be appealed to the Colorado Court of
 Appeals given that both sections appear to conflict with
 section 13-6-310(1), C.R.S. (2024) and Article VI, Section 17
 of the Colorado Constitution.